IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH LARKIN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 09-4146 |
| METHACTON SCHOOL DISTRICT, | : |
| Defendant. | : |

**ORDER**

**AND NOW**, this 23rd day of February, 2011, upon careful consideration of defendant Methacton School District's motion for summary judgment (docket no. 19), plaintiff Deborah Larkin's opposition thereto, and defendant's reply, **IT IS HEREBY ORDERED** that defendant's motion is **GRANTED** and judgment is **ENTERED** in favor of defendant Methacton School District and against plaintiff Deborah Larkin.

       /s/William H. Yohn Jr., Judge
         William H. Yohn Jr., Judge